# DOCUMENT NOT IMAGED
# SEE CASE FILE