# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Mark Filip | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 7647 | **DATE** | 1/3/2006 |
| **CASE TITLE** | ANAYA vs. NEW BREED LEASING | | |

**DOCKET ENTRY TEXT**

On plaintiff's oral motion, the above-entitled case is hereby dismissed without prejudice pursuant to Rule 41(a)(l) of the Fed.R.Civ.P. The U.S. Attorney's Office has been notified and has no objection to dismissal of case. Status hearing date of 1/5/06 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Mark Filip | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 7647 | **DATE** | 1/3/2006 |
| **CASE TITLE** | ANAYA vs. NEW BREED LEASING | | |

**DOCKET ENTRY TEXT**

On plaintiff's oral motion, the above-entitled case is hereby dismissed without prejudice pursuant to Rule 41(a)(l) of the Fed.R.Civ.P. The U.S. Attorney's Office has been notified and has no objection to dismissal of case. Status hearing date of 1/5/06 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|