Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 00 C 7647 | **DATE** | April 16, 2010 |
| **CASE TITLE** | Anaya -vs- New Breed Leasing of Illinois, Inc. | | |

**DOCKET ENTRY TEXT:**

The parties in this case are given to **April 30, 2010** to remove all documents filed under seal with the Clerk of Court. Parties are to contact the Clerk of Court with respect to instructions on how to retrieve said documents. The Clerk of Court is given authority to destroy all under seal documents in his possession if they are not retrieved by the close of business **April 30, 2010.**

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|